UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:04CR68 |
| v. | ) | |
| | ) | **ORDER** |
| AMANDA V. EICK | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Defendant's motion to correct Judgment pursuant to Federal Rule of Criminal Procedure 36

Upon consideration of the motion, the Court directs the Deputy Clerk to correct the Judgment to provide under the "Imprisonment" portion of the Judgment that the Defendant is to serve a term of eight months, while providing under the "Supervised Release" portion of the Judgment that the Defendant is to serve a term of eight months home detention.

**IT IS THEREFORE ORDERED** that the Defendant's motion to correct the Judgment as stated in the above paragraph.

Signed: March 19, 2007

Frank D. Whitney
United States District Judge