IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:04CR68 |
| | ) | (Financial Litigation Unit) |
| AMANDA V. EICK, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| B SQUARE ENTERPRISES INC., | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Garnishee, B Square Enterprises Inc. On October 23, 2006, the Honorable Frank D. Whitney sentenced Defendant to eight months incarceration plus eight months home detention on her conviction for Conspiracy to Commit Fraud in violation of 18 U.S.C. § 1349. Judgment in the criminal case was filed on November 1, 2006 (Docket No. 15). As part of that Judgment, Defendant was ordered to pay an assessment of $100, a fine of $10,000.00, and $1,543,659.00 to the victims of the crime. *Id.* An Amended Judgment in the case was filed on March 21, 2007 (Docket No. 21). In the Amended Judgment, Defendant's sentence was altered, however, the monetary penalties imposed against Defendant were unchanged.

On August 1, 2013, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 24) to Garnishee, B Square Enterprises Inc. ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five percent of net income and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Garnishee was served with the Writ on August 16, 2013. Defendant was served with the Writ on September 6, 2013. Garnishee filed an Answer on September 11, 2013 (Docket No. 28) stating that at the time of the service of the Writ,

Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $1,527,367.98 computed through August 1, 2013. Garnishee will pay the United States twenty-five percent of Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred percent of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

>   Clerk of the United States District Court
>   401 West Trade Street
>   Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:04CR68.

IT IS FURTHER ORDERED that Garnishee shall advise this Court if Defendant's employment is terminated at any time by either Garnishee or Defendant.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: October 3, 2013

David S. Cayer
United States Magistrate Judge